DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

TABITHA NICOLE POLLITT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

No. 2D2023-1843
_____

June 5, 2024

Appeal from the Circuit Court for Hillsborough County; Laura E. Ward,
Judge.

Howard L. Dimmig, II, Public Defender, and Pamela H. Izakowitz,
Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

    Affirmed.


CASANUEVA, SILBERMAN, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.